The Motion is GRANTED. The Court will enter the Government's proposed order (Doc. No. 15-1), which the Court deems appropriate for entry.

*Eli Richardson*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-169-2 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| [2] JEFFREY SCOTT WELLS | ) | |
| | ) | |

## UNITED STATES' UNOPPOSED MOTION
## FOR A PROTECTIVE ORDER REGARDING DISCOVERY

Pursuant to Fed. R. Crim. P. 16(d)(1), the United States (the "Government") requests that this Court enter a protective order to protect the Government and Defendant, and his counsel and agents from claims of improper disclosure of confidential information. In support of this motion, the Government states:

1. On September 17, 2024, the United States Attorney filed a one-count Information, charging Defendant with conspiring to obstruct justice and commit perjury, in violation of 18 U.S.C. § 371.

2. The Government plans to produce in discovery, among other things, voluminous records which include sensitive information regarding third parties. These include documents with personally identifying information and confidential business records.

3. Due to the number of documents that contain confidential, private, or proprietary information and the number of places within those documents that the confidential, private, or proprietary information appears, it is not feasible to redact each instance of such information.

4. Based upon the foregoing, the Government seeks a protective order to allow the Government to disclose certain materials obtained in the investigation of Defendant; to prohibit