UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:24-00169 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| [2] JEFFREY SCOTT WELLS ) | |

**UNITED STATES' UNOPPOSED MOTION**
**TO DISMISS AS TO JEFFREY SCOTT WELLS**

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States moves to dismiss the Information as to Defendant Jeffrey Scott Wells.

On December 4, 2024, a grand jury returned an indictment against Defendant. *See United States v. Wells*, 3:24-cr-00216, D.E. #1 (M.D. Tenn. Dec. 4, 2024.) The indictment charges him with, among other things, conspiring to violate Title 18, United States Code, Sections 1519 and 1623, all in violation of Title 18, United States Code, Section 371. That charge is based on substantially identical facts as those on which the conspiracy charge in this case is premised.

Accordingly, the United States moves to dismiss the information in this matter, so that Defendant may be tried on the indictment. Defendant does not oppose the relief requested by this motion.

Respectfully submitted,

THOMAS JAWORSKI
Acting United States Attorney

By: */s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant U.S. Attorney
719 Church Street, Ste. 3300
Nashville, TN 37203
(615) 736-5151
taylor.phillips@usdoj.gov